UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Rebecca A. Solarz
KML Law Group, PC
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Wilmington Savings Fund Society, FSB, as trustee of
Stanwich Mortgage Loan Trust A

In Re:
      Nickerson, David R.

Order Filed on January 24, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No:    <u>18-31528 VFP</u>

Hearing Date: 01/08/2019

Judge:  Vincent F. Papalia

| Recommended Local Form: | ☐ Followed | ☒ Modified |
| --- | --- | --- |

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: January 24, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Upon the motion of <u>Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage</u> <u>Loan Trust A</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated  effective as of  February 10, 2019 to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

■　　Real Property More Fully Described as:

**Land and premises commonly known as Lot , Block ,   322 South 19th Street, Newark NJ 07103**

☐　　Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure.  Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:
David R. Nickerson
       Debtor

Case No. 18-31528-VFP
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Jan 25, 2019
                    Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 27, 2019.
db              +David R. Nickerson,    322 South 19th St.,    Newark, NJ 07103-1356

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2019                                   Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 25, 2019 at the address(es) listed below:
         Barry Scott Miller    on behalf of Debtor David R. Nickerson bmiller@barrysmilleresq.com,
            jmiller@barrysmilleresq.com
         Nancy Isaacson    nisaacson@greenbaumlaw.com,   isaacson@remote7solutions.com;J101@ecfcbis.com
         Rebecca Ann Solarz    on behalf of Creditor   Wilmington Savings Fund Society, FSB, as Trustee of
            Stanwich Mortgage Loan Trust A rsolarz@kmllawgroup.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                               TOTAL: 4